cc:  Transmittal letter, docket and order sent to LASC, Case BC56565

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA/OKURA, LLC, a Washington Limited Liability Company,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>GOLDEN STATE FOODS CORP., a California Corporation, and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:14-CV-09484-RSWL-VBK<br><br>**ORDER ON STIPULATION TO REMAND CASE TO LOS ANGELES COUNTY SUPERIOR COURT**<br><br>Action Filed:   December 3, 2014<br>Removal Date: December 10, 2014 |

///

///

///

[PROPOSED] ORDER ON STIPULATION TO REMAND CASE TO LASC

The Court has considered the parties' Stipulation to Remand Case to Los Angeles County Superior Court. Finding good cause appearing therefor,

**IT IS ORDERED THAT**:

1. This action shall be remanded to the Los Angeles County Superior Court; and

2. Each party shall bear its own attorneys' fees and costs with respect to the removal and subsequent remand of this Action pursuant to the stipulation and this order.

DATED: January 6, 2015

__RONALD S.W. LEW__
HONORABLE RONALD S. LEW
United States District Court Judge
